ORIGINAL

1 | Daniel P. Tokaji
  | Peter J. Eliasberg
2 | Mark D. Rosenbaum
  | ACLU FOUNDATION OF
3 |    SOUTHERN CALIFORNIA
  | 1616 Beverly Boulevard
4 | Los Angeles, California 90026
  | (213) 977-9500
5 |
  | Attorneys for Plaintiffs
6 |
  | Bonnie Bailey-Jones
7 | HAIGHT, BROWN & BONESTEEL
  | California Tower
8 | 3737 Main Street
  | Riverside, California 92501
9 | (909) 341-8300
10 | Attorney for Defendants

ENTER NO JS-6

**FILED** FEB 13 1998
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY ___ DEPUTY

**ENTERED** FEB 13 1998
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONNIE H. BACUS, FLOYD BROSMAN, and JANE DOE;<br>Plaintiffs,<br><br>vs.<br><br>PALO VERDE UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION; MARGARET WHITE ELEMENTARY SCHOOL SITE COUNCIL; DR. NORMAN GUITH, Palo Verde Unified School District Superintendent of Schools, in his official capacity; KAREN HAYS, President, Palo Verde Unified School District Board of Education, in her official capacity; and JAMES SHIPLEY, Chairperson, Margaret White Elementary School Site Council, in his official capacity;<br><br>Defendants. | Case No. EDCV 98-1 RT(VAPx)<br><br>STIPULATION OF SETTLEMENT AND DISMISSAL |

✓ DOCKETED
__ COPY PTYS
__ MLD NOTICE PTYS
__N JS-6

1    Plaintiffs filed this action on January 6, 1997, against five
2 defendants, including the Margaret White Elementary School Site
3 Council and James Shipley, Chairperson of the Margaret White
4 Elementary School Site Council, in his official capacity. The
5 complaint requests, <u>inter alia</u>, that the Court "enjoin defendants
6 from sponsoring, facilitating, or engaging in prayer at
7 future . . . site council . . . meetings of the PVUSD." On January
8 8, 1997, Mr. Shipley sent a letter to the ACLU of Southern
9 California, lead counsel for the plaintiffs, stating that the
10 Margaret White Elementary School Site Council had unanimously
11 decided "to cease and desist from including open prayer at [its] site
12 council meetings." Letter attached hereto as Exhibit 1.

13    IT IS HEREBY STIPULATED by and between the plaintiffs and
14 defendants Margaret White Elementary School Site Council and James
15 Shipley that the Margaret White Site Council, its agents, successors
16 and assigns will cease and desist from including open prayer at its
17 meetings and that no open prayer will be included in Margaret White
18 Elementary School Site Council meetings from this date forward.

19    IT IS FURTHER STIPULATED by and between plaintiffs and
20 defendants Margaret White Elementary School Site Council and James
21 Shipley, that defendants Margaret White Elementary School Site
22 Council and James Shipley, are hereby dismissed pursuant to Federal
23 Rule of Civil Procedure 41(a)(1)(ii).

24    IT IS FURTHER STIPULATED by and between plaintiffs and
25 defendants Margaret White Elementary School Site Council and James

1  Shipley, that these parties shall bear their own costs and fees.
2  Plaintiffs do not waive costs or fees with respect to the remaining
3  defendants. Remaining defendants do not waive costs with respect to
4  plaintiffs.
5     IT IS FURTHER STIPULATED that plaintiff Jane Doe will be
6  voluntarily dismissed from this action upon entry of this
7  stipulation.

9  Dated: 2/2/98

*Connie H. Bacus*
Connie H. Bacus, plaintiff

10 Dated: 2/2/98

*Floyd Brosman*
Floyd Brosman, plaintiff

12 Dated: 2/2/98

*Jane Doe*
Jane Doe, plaintiff

14 Dated: 1/29/98

*Peter C. M.*
Peter J. Eliasberg,
Attorney for plaintiffs

17 Dated:

_____
James Shipley

18 Dated:

_____
Margaret White Site Council,
By James Shipley

20 Dated:

_____
Bonnie Bailey-Jones,
Attorney for defendants

   IT IS SO ORDERED.

_____
Honorable Robert J. Timlin
United States District Judge

-2-

Shipley, that these parties shall bear their own costs and fees. Plaintiffs do not waive costs or fees with respect to the remaining defendants. Remaining defendants do not waive costs with respect to plaintiffs.

IT IS FURTHER STIPULATED that plaintiff Jane Doe will be voluntarily dismissed from this action upon entry of this stipulation.

Dated: _____

Connie H. Bacus, plaintiff

Dated: _____

Floyd Brosman, plaintiff

Dated: _____

Jane Doe, plaintiff

Dated: 1/29/98

Peter J. Eliasberg,
Attorney for plaintiffs

Dated: 2-5-98

James Shipley

Dated: 2-5-98

Margaret White Site Council,
By James Shipley

Dated: 2-11-98

Bonnie Bailey-Jones
Attorney for defendants

**IT IS SO ORDERED.**

Robert J. Timlin   2/13/98
Honorable Robert J. Timlin
United States District Judge

-2-